| | |
|---|---|
| Shaneeda Jaffer (SBN 253449) | Victoria Maroulis (SBN 202603) |
| sjaffer@beneschlaw.com | victoriamaroulis@quinnemanuel.com |
| Lily A. North (CA 260709) | **QUINN EMANUEL URQUHART &** |
| lnorth@beneschlaw.com | **SULLIVAN, LLP** |
| **BENESCH FRIEDLANDER COPLAN &** | 555 Twin Dolphin Dr., 5th Floor |
| **ARONOFF LLP** | Redwood Shores, California 94065 |
| 100 Pine Street, Suite 3100 | Telephone:  (650) 801-5000 |
| San Francisco, California | Facsimile:  (650) 801-5100 |
| Telephone: (628) 600-2250 | |
| Facsimile:  (628) 221-5828 | Adam B. Wolfson (SBN 262125) |
| | adamwolfson@quinnemanuel.com |
| Gary A. Bornstein (*pro hac vice*) | **QUINN EMANUEL URQUHART &** |
| gbornstein@cravath.com | **SULLIVAN, LLP** |
| Yonatan Even (*pro hac vice*) | 865 S. Figueroa St., 10th Floor |
| yeven@cravath.com | Los Angeles, California 90017 |
| Lauren A. Moskowitz (*pro hac vice*) | Telephone:  (213) 443-3000 |
| lmoskowitz@cravath.com | Facsimile:  (213) 443-3100 |
| Michael J. Zaken (*pro hac vice*) | |
| mzaken@cravath.com | *Counsel for Samsung Electronics Co., Ltd. and* |
| **CRAVATH, SWAINE & MOORE LLP** | *Samsung Electronics America, Inc.* |
| Two Manhattan West | |
| 375 Ninth Avenue | |
| New York, New York 10001 | |
| Telephone:  (212) 474-1000 | |
| Facsimile:  (212) 474-3700 | |

*Counsel for Epic Games, Inc*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., | Case No.  3:24-cv-06843-JD |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| SAMSUNG ELECTRONICS CO.  LTD; SAMSUNG ELECTRONICS AMERICA, INC.; and GOOGLE LLC, | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**

1   WHEREAS, on September 30, 2024, Plaintiff Epic Games, Inc. ("Epic") filed a Complaint
2   (Dkt. 1) against Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc. (collectively, the
3   "Samsung Defendants") and Google LLC;
4   WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the Samsung
5   Defendants must move against, answer or otherwise respond to the Complaint within 21 days after
6   being served;
7   WHEREAS, Samsung Electronics America, Inc. agrees to accept service and Samsung
8   Electronics Co., Ltd. consents to a waiver of service, and in exchange Epic agrees to a 90-day
9   extension of the Samsung Defendants' time to respond to the Complaint;
10  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
11  undersigned counsel for the Parties hereto that (i) the Samsung Defendants will be deemed to have
12  been properly served with the Summons and Complaint and hereby waive any objection to the
13  sufficiency of the service of the Summons and Complaint; and (ii) the time for the Samsung
14  Defendants to respond to the Complaint will be extended to **January 21, 2025**.

| | |
|---|---|
| Dated: | Respectfully submitted, |
| October 3, 2024 | By:   */s/ Yonatan Even* |

Shaneeda Jaffer (SBN 253449)
sjaffer@beneschlaw.com
Lily A. North (CA 260709)
lnorth@beneschlaw.com
**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
100 Pine Street, Suite 3100
San Francisco, California
Telephone: (628) 600-2250
Facsimile:  (628) 221-5828

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Counsel for Epic Games, Inc.*

3
**STIPULATION AND [PROPOSED] ORDER**

Dated: October 3, 2024

Respectfully submitted,

By: */s/ Victoria Maroulis*

Victoria Maroulis (SBN 202603)
victoriamaroulis@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____         _____
                                        HON. JAMES DONATO
                                        United States District Judge