| | |
|---|---|
| Shaneeda Jaffer (SBN 253449)<br>sjaffer@beneschlaw.com<br>Lily A. North (CA 260709)<br>lnorth@beneschlaw.com<br>BENESCH FRIEDLANDER COPLAN &<br>ARONOFF LLP<br>100 Pine Street, Suite 3100<br>San Francisco, California<br>Telephone: (628) 600-2250<br>Facsimile: (628) 221-5828<br><br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>Lauren A. Moskowitz (*pro hac vice*)<br>lmoskowitz@cravath.com<br>Michael J. Zaken (*pro hac vice*)<br>mzaken@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, New York 10001<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Counsel for Epic Games, Inc.* | Jeannie S. Rhee (*pro hac vice*)<br>Jessica E. Phillips (*pro hac vice*)<br>Martha L. Goodman (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile (202) 223-7420<br>jrhee@paulweiss.com<br>jphillips@paulweiss.com<br>mgoodman@paulweiss.com<br><br>Meredith R. Dearborn (SBN 268312)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>535 Mission Street, 24th Floor<br>San Francisco, California<br>Telephone: (202) 223-7323<br>Facsimile (202) 330-5908<br>mdearborn@paulweiss.com<br><br>*Counsel for Google LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    *Plaintiff*,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO. LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; and GOOGLE LLC,<br><br>    *Defendants*. | Case No. 3:24-cv-06843-JD |

**STIPULATION AND [PROPOSED] ORDER**

1  WHEREAS, on September 30, 2024, Plaintiff Epic Games, Inc. ("Epic") filed a Complaint (Dkt. 1) against Google LLC ("Google"), Samsung Electronics Co., Ltd.; and Samsung Electronics America, Inc. (collectively, the "Samsung Defendants");

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Google must move against, answer or otherwise respond to the Complaint within 21 days after being served;

WHEREAS, Google executed a waiver of service, extending its time to respond to the Complaint by operation of Federal Rule of Civil Procedure 12(a)(1)(A)(ii) to December 1, 2024;

WHEREAS, Epic and the Samsung Defendants have already stipulated, and the Court has so ordered, that the Samsung Defendants' time to respond to the complaint will be extended to January 21, 2025, *see* Dkt. Nos. 23, 24;

WHEREAS, in order to align defendants' time to respond to the Complaint, Google and Epic agree to extend Google's time to respond to the Complaint to the same date of January 21, 2025;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties hereto that (i) Google will be deemed to have been properly served with the Summons and Complaint and hereby waive any objection to the sufficiency of the service of the Summons and Complaint; and (ii) the time for Google to respond to the Complaint will be extended to **January 21, 2025**.

| | |
|---|---|
| Dated: November 8, 2024 | Respectfully submitted, |
| /s/ Yonatan Even | /s/ Jeannie S. Rhee |
| | Jeannie S. Rhee |
| Shaneeda Jaffer (SBN 253449) | |
| sjaffer@beneschlaw.com | Jeannie S. Rhee (*pro hac vice*) |
| Lily A. North (CA 260709) | Jessica E. Phillips (*pro hac vice*) |
| lnorth@beneschlaw.com | Martha L. Goodman (*pro hac vice*) |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 100 Pine Street, Suite 3100 | 2001 K Street, NW |
| San Francisco, California | Washington, DC 20006-1047 |
| Telephone: (628) 600-2250 | Telephone: (202) 223-7300 |
| Facsimile: (628) 221-5828 | Facsimile (202) 223-7420 |
| | jrhee@paulweiss.com |
| Gary A. Bornstein (*pro hac vice*) | jphillips@paulweiss.com |
| gbornstein@cravath.com | mgoodman@paulweiss.com |
| Yonatan Even (*pro hac vice*) | |
| yeven@cravath.com | Meredith R. Dearborn (SBN 268312) |
| Lauren A. Moskowitz (*pro hac vice*) | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| lmoskowitz@cravath.com | |
| Michael J. Zaken (*pro hac vice*) | 535 Mission Street, 24th Floor |
| mzaken@cravath.com | San Francisco, California |
| CRAVATH, SWAINE & MOORE LLP | Telephone: (202) 223-7323 |
| Two Manhattan West | Facsimile (202) 330-5908 |
| 375 Ninth Avenue | mdearborn@paulweiss.com |
| New York, New York 10001 | |
| Telephone: (212) 474-1000 | *Counsel for Defendant Google LLC* |
| Facsimile: (212) 474-3700 | |
| | |
| *Counsel for Plaintiff Epic Games, Inc.* | |

STIPULATION AND [PROPOSED] ORDER
Case No. 3:24-cv-06843-JD

**E-FILING ATTESTATION**

I, Jeannie S. Rhee, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Jeannie S. Rhee*
Jeannie S. Rhee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                                           HON. JAMES DONATO
                                           United States District Judge