Jeannie S. Rhee (*pro hac vice*)
Jessica E. Phillips (*pro hac vice)*
Martha L. Goodman (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
jrhee@paulweiss.com
jphillips@paulweiss.com
mgoodman@paulweiss.com

Meredith R. Dearborn (SBN 268312)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California
Telephone: (202) 223-7323
Facsimile (202) 330-5908
mdearborn@paulweiss.com

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO. LTD; SAMSUNG ELECTRONICS AMERICA, INC.; and GOOGLE LLC, <br><br> *Defendants*. | Case No. 3:24-cv-06843-JD <br><br> **GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES AND PERSONS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly traded company.  No publicly traded company holds 10% or more of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: November 15, 2024

Respectfully submitted,

*/s/ Jeannie S. Rhee*
Jeannie S. Rhee

Jeannie S. Rhee (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
jrhee@paulweiss.com
jphillips@paulweiss.com
mgoodman@paulweiss.com

Meredith R. Dearborn (SBN 268312)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California
Telephone: (202) 223-7323
Facsimile (202) 330-5908
mdearborn@paulweiss.com

*Counsel for Defendant Google LLC*

---

GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED
ENTITIES AND PERSONS
Case No. 3:24-cv-06843-JD