| | |
|---|---|
| Shaneeda Jaffer (SBN 253449) | Victoria F. Maroulis (SBN 202603) |
| sjaffer@beneschlaw.com | victoriamaroulis@quinnemanuel.com |
| Lily A. North (CA 260709) | QUINN EMANUEL URQUHART & |
| lnorth@beneschlaw.com | SULLIVAN, LLP |
| BENESCH FRIEDLANDER COPLAN & | 555 Twin Dolphin Drive, 5th Floor |
| ARONOFF LLP | Redwood Shores, California 94065 |
| 100 Pine Street, Suite 3100 | Telephone: (650) 801-5000 |
| San Francisco, California | Facsimile: (650) 801-5100 |
| Telephone: (628) 600-2250 | |
| Facsimile: (628) 221-5828 | *Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung* |
| *Counsel for Plaintiff Epic Games, Inc.* | *Electronics America, Inc.* |
| | |
| | Meredith R. Dearborn (SBN 268312) |
| | mdearborn@paulweiss.com |
| | PAUL, WEISS, RIFKIND, WHARTON & |
| | GARRISON LLP |
| | 535 Mission Street, 24th Floor |
| | San Francisco, California |
| | Telephone: (202) 223-7323 |
| | Facsimile (202) 330-5908 |
| | |
| | *Counsel for Defendant Google LLC* |
| | |
| | *Additional Counsel Listed Below* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 3:24-cv-06843-JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING MOTION TO DISMISS BRIEFING PAGE LIMITS AND BRIEFING SCHEDULE** |
| vs. | |
| SAMSUNG ELECTRONICS CO. LTD; SAMSUNG ELECTRONICS AMERICA, INC.; and GOOGLE LLC, | |
| | Judge: Hon. James Donato |
| Defendants. | Action Filed: September 30, 2024 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 7-12 and 6-2, Plaintiff Epic Games, Inc. ("Epic"), Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung"), and Defendant Google LLC ("Google," and together with Samsung, "Defendants") hereby stipulate to extend the page limits for the Parties' briefing regarding Defendants' anticipated motions to dismiss as follows:

WHEREAS, on September 30, 2024, Epic filed its Complaint in this matter, ECF No. 1;

WHEREAS, Item No. 18 in the Court's Standing Order for Civil Cases Before Judge James Donato ("Standing Order") provides that opening and opposition briefs may not exceed 15 pages, and reply briefs may not exceed 10 pages, except for class certification and summary judgment motions;

WHEREAS, Local Rule 7-3 provides that any opposition must be filed and served not more than 14 days after the motion was filed, and any reply must be filed and served not more than 7 days after the opposition was filed;

WHEREAS, the parties agree they will need additional pages for opening briefs on their motions to dismiss, for response briefs, and on reply as well as additional time to respond and reply to the motions to dismiss.

NOW THEREFORE, pursuant to Civil Local Rule 7-12, the Parties jointly stipulate and respectfully request that the Court enter an order that the page limits for briefing on Samsung's and Google's anticipated motions to dismiss shall be extended to 25 pages each for the opening briefs, 25 pages each for Epic's opposition briefs, and 15 pages each for Samsung's and Google's reply briefs.

Furthermore, pursuant to Civil Local Rule 6-2, the Parties jointly stipulate and respectfully request that the Court enter an order that each party may have an additional two weeks for their respective responses from the date the motions are filed: 28 days for Epic's opposition briefs and 21 days after the opposition is filed for Defendants' reply briefs to the forthcoming motions to dismiss.

Dated: January 3, 2025

| | |
|---|---|
| */s/ Gary A. Bornstein* | */s/ Victoria F. Maroulis* |
| Shaneeda Jaffer (SBN 253449) | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| sjaffer@beneschlaw.com | |
| Lily A. North (CA 260709) | Victoria F. Maroulis (SBN 202603) |
| lnorth@beneschlaw.com | victoriamaroulis@quinnemanuel.com |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | 555 Twin Dolphin Drive, 5th Floor |
| 100 Pine Street, Suite 3100 | Redwood Shores, California 94065 |
| San Francisco, California | Telephone: (650) 801-5000 |
| Telephone: (628) 600-2250 | |
| Facsimile: (628) 221-5828 | Adam B. Wolfson (SBN 262125) |
| | adamwolfson@quinnemanuel.com |
| | Kevin Y. Teruya (SBN 235916) |
| Gary A. Bornstein (*pro hac vice*) | kevinteruya@quinnemanuel.com |
| gbornstein@cravath.com | 865 South Figueroa Street, 10th Floor |
| Yonatan Even (*pro hac vice*) | Los Angeles, California 90017 |
| yeven@cravath.com | Telephone: (213) 443-3000 |
| Lauren A. Moskowitz (*pro hac vice*) | |
| lmoskowitz@cravath.com | Debra D. Bernstein (*pro hac vice* pending) |
| Michael J. Zaken (*pro hac vice*) | debrabernstein@quinnemanuel.com |
| mzaken@cravath.com | 1200 Abernathy Road NE, Building 600, Suite 1500 |
| CRAVATH, SWAINE & MOORE LLP | Atlanta, Georgia 30328 |
| Two Manhattan West | Telephone: (404) 482-3502 |
| 375 Ninth Avenue | |
| New York, New York 10001 | *Counsel for Defendants Samsung Electronics Co.,* |
| Telephone: (212) 474-1000 | *Ltd. and Samsung Electronics America, Inc.* |
| Facsimile: (212) 474-3700 | |
| | */s/ Jeannie S. Rhee* |
| *Counsel for Plaintiff Epic Games, Inc.* | Jeannie S. Rhee (*pro hac vice*) |
| | jrhee@paulweiss.com |
| | Jessica E. Phillips (*pro hac vice*) |
| | jphillips@paulweiss.com |
| | Martha L. Goodman (*pro hac vice*) |
| | mgoodman@paulweiss.com |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | 2001 K Street, NW |
| | Washington, DC 20006-1047 |
| | Telephone: (202) 223-7300 |
| | Facsimile (202) 223-7420 |
| | |
| | Meredith R. Dearborn (SBN 268312) |
| | mdearborn@paulweiss.com |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | 535 Mission Street, 24th Floor |
| | San Francisco, California |
| | Telephone: (202) 223-7323 |
| | Facsimile (202) 330-5908 |
| | |
| | *Counsel for Defendant Google LLC* |

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: January 3, 2025                                  */s/ Victoria F. Maroulis*
                                                                            Victoria F. Maroulis

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                                                            Hon. James Donato
                                                                            United States District Judge