Shaneeda Jaffer (SBN 253449)
sjaffer@beneschlaw.com
**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
100 Pine Street, Suite 3100 San Francisco, California Telephone: (628) 600-2250
Facsimile: (628) 221-5828

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Epic Games, Inc.*

Victoria F. Maroulis (SBN 202603)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

Jeannie S. Rhee (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420
jrhee@paulweiss.com

*Counsel for Google LLC*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD; SAMSUNG ELECTRONICS AMERICA, INC.; and GOOGLE LLC, <br><br> Defendants. | Case No. 3:24-CV-06843-JD <br><br> **JOINT DESIGNATION OF MEDIATOR** |

1  |  Pursuant to the Court's Minute Entry following the Initial Case Management Conference held
2  |  on January 16, 2025 (Dkt. 54), the parties to the above-captioned matter submit this Joint Designation
3  |  of a Mediator.  The parties have met and conferred and propose that this matter be mediated by the
4  |  Honorable Layn R. Phillips (Ret.) of Phillips ADR Enterprises.  Judge Phillips has provided the Parties
5  |  with his availability in March, April and May 2025.  The Parties are working to schedule mediation in
6  |  that time frame.

**JOINT DESIGNATION OF MEDIATOR**

Dated: February 6, 2025

| | |
|---|---|
| /s/ Yonatan Even<br>Shaneeda Jaffer (SBN 253449)<br>sjaffer@beneschlaw.com<br>Lily A. North (CA 260709)<br>lnorth@beneschlaw.com<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>100 Pine Street, Suite 3100 San Francisco, California<br>Telephone: (628) 600-2250<br>Facsimile: (628) 221-5828<br><br>Gary A. Bornstein (*pro hac vice*)<br>gbornstein@cravath.com<br>Yonatan Even (*pro hac vice*)<br>yeven@cravath.com<br>Lauren A. Moskowitz (*pro hac vice*)<br>lmoskowitz@cravath.com<br>Michael J. Zaken (*pro hac vice*)<br>mzaken@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>375 Ninth Avenue<br>New York, New York 10001<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Counsel for Plaintiff Epic Games, Inc.* | /s/ Victoria F. Maroulis<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Victoria F. Maroulis (SBN 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br><br>Adam B. Wolfson (SBN 262125)<br>adamwolfson@quinnemanuel.com<br>Kevin Y. Teruya (SBN 235916)<br>kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br><br>Debra D. Bernstein (*pro hac vice forthcoming*)<br>debrabernstein@quinnemanuel.com<br>1200 Abernathy Road NE,<br>Building 600, Suite 1500<br>Atlanta, Georgia 30328<br>Telephone: (404) 482-3502<br><br>*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>/s/ Jeannie S. Rhee<br>Jeannie S. Rhee (*pro hac vice*)<br>jrhee@paulweiss.com<br>Karen L. Dunn (*pro hac vice forthcoming*)<br>kdunn@paulweiss.com<br>Jessica E. Phillips (*pro hac vice*)<br>jphillips@paulweiss.com<br>Martha L. Goodman (*pro hac vice*)<br>mgoodman@paulweiss.com<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile (202) 223-7420<br><br>Meredith R. Dearborn (SBN 268312)<br>535 Mission Street, 24th Floor<br>San Francisco, California<br>Telephone: (202) 223-7323<br>Facsimile (202) 330-5908<br>mdearborn@paulweiss.com<br>*Counsel for Google LLC* |

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                */s/ Yonatan Even*
                                                  Yonatan Even