# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: April 3, 2025

Judge: Hon. James Donato

Time: 15 Minutes

Case No.     **3:24-cv-06843-JD**
Case Name    **Epic Games, Inc. v. Samsung Electronics Co. Ltd. et al**

Attorney(s) for Plaintiff(s):    Gary Bornstein/Yonatan Even/Phil Duggan
Attorney(s) for Defendant(s):    Adam Wolfson/Jeannie Rhee/Anita Liu

Deputy Clerk: Lisa R. Clark

Court Reporter: April Brott

### PROCEEDINGS

Motion Hearing -- Held

### NOTES AND ORDERS

The motions to dismiss, Dkt. Nos. 49, 56, are denied from the bench for the reasons stated on the record. In summary, plaintiff Epic Games, Inc. has plausibly stated its claims in the complaint. *See* Dkt. No. 1; Fed. R. Civ. P. 12(b)(6).

A status conference is set for May 8, 2025, at 10:00 a.m., and may be held every 30 days as the parties may request. The parties are directed to file by May 1, 2025, a joint status conference statement with a proposed agenda for the conference. The parties may request to cancel the conference if it is not needed.