UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br>     Plaintiff, <br> v. <br> SAMSUNG ELECTRONICS CO. LTD., et al., <br>     Defendants. | Case No. 24-cv-06843-JD <br><br> **SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | May 30, 2025 |
| Hold first mediation session with private mediator | June 4, 2025 |
| Fact discovery cut-off | December 12, 2025 |
| Expert disclosures | December 19, 2025 |
| Rebuttal expert disclosures | January 21, 2026 |
| Expert discovery cut-off | February 13, 2026 |
| Last day to file dispositive and *Daubert* motions | February 26, 2026 |
| Pretrial conference | July 9, 2026 @1:30 p.m. |
| Jury Trial | July 27, 2026 @9 a.m. |

1   All dates set by the Court should be regarded as firm.  Counsel may not modify these dates
2   by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling
3   conflicts that are created subsequent to the date of this order by any party, counsel or party-
4   controlled expert or witness will not be considered good cause for a continuance.  Sanctions may
5   issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  April 16, 2025

_____
JAMES DONATO
United States District Judge