# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: May 8, 2025                                           Judge: Hon. James Donato

Time: 11 Minutes

Case No.        **3:24-cv-06843-JD**
Case Name      **Epic Games, Inc. v. Samsung Electronics Co. Ltd. et al**

Attorney(s) for Plaintiff(s):      Gary Bornstein/Yonatan Even/Charlotte Rothschild
Attorney(s) for Defendant(s):   Adam Wolfson/Vicki Maroulis/Jessica Phillips

Deputy Clerk: Lisa R. Clark                                 Court Reporter: April Brott

### PROCEEDINGS

Status Conference -- Held

### NOTES AND ORDERS

The parties may request quarterly status conferences as warranted.