Shaneeda Jaffer (SBN 253449)
sjaffer@beneschlaw.com
Lily A. North (CA 260709)
lnorth@beneschlaw.com
**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
100 Pine Street, Suite 3100
San Francisco, California
Telephone: (628) 600-2250
Facsimile: (628) 221-5828

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Epic Games, Inc.*

Victoria F. Maroulis (SBN 202603)
victoriamaroulis@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

Jeannie S. Rhee (*pro hac vice*)
jrhee@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420

*Counsel for Defendant Google LLC*

[Additional Counsel appear on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

EPIC GAMES, INC.,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and GOOGLE LLC,

Defendants.

Case No. 3:24-cv-06843-JD

**STIPULATION AND [PROPOSED] ORDER**

Judge: Hon. James Donato

Pursuant to N.D. Cal. Civil Local Rule 6-1(a), Plaintiff Epic Games, Inc. ("Epic"), Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung"), and Defendant Google LLC ("Google", and together with Samsung, "Defendants") hereby stipulate as follows:

WHEREAS, on September 30, 2024, Plaintiff Epic filed a Complaint (Dkt. No. 1) against Defendants;

WHEREAS, Defendants are currently due to answer Plaintiff's Complaint on or before May 19, 2025 (Dkt. No. 74);

WHEREAS, Plaintiff's deadline to add parties or amend its Complaint is May 30, 2025 (Dkt. No. 72);

WHEREAS, the Parties agree that to avoid any duplication of efforts, Defendants' time to answer should be extended until after the May 30, 2025 deadline for Plaintiff to amend its Complaint, such that Defendants would have to respond to the operative Complaint on or before the later of (i) June 2, 2025 or (ii) thirty (30) days from the filing by Plaintiff of any Amended Complaint;

NOW THEREFORE, pursuant to Local Rule 6-1(a), the Parties jointly stipulate that Defendants shall respond to the operative Complaint on or before the later of (i) June 2, 2025 or (ii) thirty (30) days from the filing by Plaintiff of any Amended Complaint.

**IT IS SO STIPULATED.**

Dated: May 19, 2025

/s/ Yonatan Even
Shaneeda Jaffer (SBN 253449)
sjaffer@beneschlaw.com
Lily A. North (CA 260709)
lnorth@beneschlaw.com
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, California
Telephone: (628) 600-2250
Facsimile: (628) 221-5828

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Epic Games, Inc.*

/s/ Victoria F. Maroulis
Victoria F. Maroulis (SBN 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Debra D. Bernstein (*pro hac vice* pending)
debrabernstein@quinnemanuel.com
1200 Abernathy Rd NE, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
Facsimile: (404) 681-8290

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

/s/ Jeannie S. Rhee
Jeannie S. Rhee (*pro hac vice*)
jrhee@paulweiss.com
Karen L. Dunn (*pro hac vice* pending)
kdunn@paulweiss.com
Jessica E. Phillips (*pro hac vice*)
jphillips@paulweiss.com
Martha L. Goodman (*pro hac vice*)
mgoodman@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile (202) 223-7420

Meredith R. Dearborn (SBN 268312)
mdearborn@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California
Telephone: (628) 432-5100
Facsimile (628) 432-5100

*Counsel for Defendant Google LLC*

**ORDER**

Pursuant to stipulation, it is so ordered.

DATED: ____________________

______________________________
HON. JAMES DONATO
United States District Court Judge

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ *Yonatan Even*

Yonatan Even