Shaneeda Jaffer (SBN 253449)
sjaffer@beneschlaw.com
Lily A. North (CA 260709)
lnorth@beneschlaw.com
**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
100 Pine Street, Suite 3100
San Francisco, California
Telephone: (628) 600-2250
Facsimile: (628) 221-5828

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD; SAMSUNG ELECTRONICS AMERICA, INC.; and GOOGLE LLC, <br><br> Defendants. | Case No. 3:24-CV-06843-JD <br><br> **NOTICE OF VOLUNTARY DISMISSAL AS TO SAMSUNG DEFENDANTS AND AUTO BLOCKER-RELATED CLAIMS** |

Plaintiff Epic Games, Inc. ("Epic") has reached a settlement agreement with Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung"). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Epic hereby gives notice that Counts 1–5, 6, 7, 9, 11 and 13 of the First Amended Complaint (Dkt. No. 95) are hereby voluntarily dismissed, without prejudice.

Dated:  July 7, 2025                                  Respectfully submitted,


                                                      By:      /s/ *Gary A. Bornstein*

                                                      Shaneeda Jaffer (SBN 253449)
                                                      sjaffer@beneschlaw.com
                                                      Lily A. North (CA 260709)
                                                      lnorth@beneschlaw.com
                                                      BENESCH FRIEDLANDER COPLAN &
                                                      ARONOFF LLP
                                                      100 Pine Street, Suite 3100
                                                      San Francisco, California
                                                      Telephone: (628) 600-2250
                                                      Facsimile: (628) 221-5828

                                                      Gary A. Bornstein (*pro hac vice*)
                                                      gbornstein@cravath.com
                                                      Yonatan Even (*pro hac vice*)
                                                      yeven@cravath.com
                                                      Lauren A. Moskowitz (*pro hac vice*)
                                                      lmoskowitz@cravath.com
                                                      Michael J. Zaken (*pro hac vice*)
                                                      mzaken@cravath.com
                                                      CRAVATH, SWAINE & MOORE LLP
                                                      Two Manhattan West
                                                      375 Ninth Avenue
                                                      New York, New York 10001
                                                      Telephone: (212) 474-1000
                                                      Facsimile: (212) 474-3700

                                                      *Counsel for Plaintiff Epic Games, Inc.*