# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  September 11, 2025      Judge:  Hon. James Donato

Time:  21 Minutes

Case No. **3:24-cv-06843-JD**
Case Name **Epic Games, Inc. v. Samsung Electronics Co. Ltd. et al**

Attorney(s) for Plaintiff(s):   Gary Bornstein/Yonatan Even/Gaia Mattiace
Attorney(s) for Defendant(s):   Leah Hibbler/Martha Goodman

Deputy Clerk:  Lisa R. Clark      Court Reporter:  Ruth Ekhaus

### PROCEEDINGS

Motion Hearing and Status Conference -- Held

### NOTES AND ORDERS

Google's motion to dismiss the first amended complaint, Dkt. No. 98, is taken under submission. The Court will issue a written order.

For ADR, Epic is directed to provide Google with a global settlement demand by September 29, 2025.  Google will provide its response -- and a counter-offer, if applicable -- by October 14, 2025.  The parties will then hold an in-person settlement meeting at a mutually agreeable location by October 28, 2025.  In addition to counsel, client principals with full settlement authority must also be in attendance.  Following the meeting, the parties will jointly file a certification and status report.

The requests to change the case schedule are denied and the schedule remains as previously ordered.  Dkt. No. 72.

For the discovery disputes discussed in the status conference statement, Dkt. No. 105, Epic is directed to raise any remaining disputes through the discovery dispute letter process by September 18, 2025.  The Court will call for responses from Google as warranted.