# CRAVATH

Yonatan Even
yeven@cravath.com
T+1-212-474-1958
New York

November 25, 2025

Re: *Epic Games, Inc. v. Samsung Electronics Co. Ltd. et al.*, No. 3:24-cv-06843-JD (N.D. Cal.)

Your Honor,

  I write on behalf of Plaintiff Epic Games, Inc. ("Epic") with regard to an urgent discovery dispute Epic learned of yesterday. Specifically, during a meet and confer, Google advised Epic that Google does <u>not</u> intend to complete document productions by December 5, 2025, in violation of the Court's specific order that it do so.

  The parties had a longstanding dispute about when Google ought to complete its production of documents. (*See, e.g.*, Dkt. 105, September 8 JSCS; Dkt. 110, September 18 Discovery Letter; Dkt. 121, October 30 JSCS.) At the November 6 Joint Status Conference, the Court resolved that dispute by ordering the parties to <u>fully</u> complete their document productions by December 5, 2025: "December 5th is the completion date. Not substantial. It's the completion date." (Nov. 6, 2025 Hr'g Tr. 40:2-3.)

  In light of the Court's Order, on November 12, 2025, Epic asked Google to confirm that it would "complete the production of *all* documents by December 5, 2025" including "any documents that fall off the [privilege] log". After Google did not respond for a week, on November 21, 2025, Epic again wrote to Google noting that:

> [W]e have repeatedly asked Google for its position on several issues on which we may need to go to court . . . . Most pressing, we need Google's immediate confirmation/position on . . .
> (iii) Google's commitment to produce all documents and privilege logs by December 5, 2025 (*see* our correspondence of 11/12).

  Google again did not respond, but on a November 24, 2025 meet and confer, Google indicated that it does <u>not</u> intend to produce "all documents" by December 5, 2025, but rather that it would take a full month to review documents it tagged initially as potentially privileged and continue producing documents from that population (*i.e.*, documents it determines are not

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
100 Cheapside
London, EC2V 6DT
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

in fact privileged) through <u>January 5, 2026</u>—a full month after the completion date ordered by the Court (and long after several depositions are scheduled to take place).[1]

Epic respectfully requests that the Court direct Google to fully complete its document production, including any and all documents and including Google's privilege log, by December 5.

|  |  |
|---|---|
|  | Respectfully submitted, |
| By: | _/s/ Yonatan Even_ |

---

[1] Google apparently is relying for its position on a schedule the parties jointly proposed in an October 30, 2025 Joint Status Conference Statement. (Dkt. 121 at 16.) Under that proposed schedule, Google would only need to <u>substantially</u> complete its productions by December 5, 2025, and would then have another month to produce "a few go-gets and maybe some things that fall off the privilege log, but nothing beyond that." (Nov. 6, 2025 Hr'g Tr. 35:14-16.) But the Court specifically rejected that portion of the proposed schedule, ordering instead that "December 5 is the completion date. Not substantial." (*Id.* at 40:2-3.) And the Court's post-Hearing Order specifically states that "[t]he Court will enter the parties' proposed amended schedule at Dkt. No. 121 at 16, *with adjustments as discussed on the record.*" (Dkt. 125 at 3 (emphasis added).)

2

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

Shaneeda Jaffer (SBN 253449)
sjaffer@beneschlaw.com
Lily A. North (CA 260709)
lnorth@beneschlaw.com

100 Pine Street, Suite 3100
San Francisco, California
Telephone: (628) 600-2250
Facsimile: (628) 221-5828

**CRAVATH, SWAINE & MOORE LLP**

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com

Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Epic Games, Inc.*

Attn: The Honorable Judge James Donato
United States District Court
Office of the Clerk
450 Golden Gate Avenue
San Francisco, CA 94102

VIA ECF

3

## **E-FILING ATTESTATION**

      I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Yonatan Even*
_____
Yonatan Even
