| | |
|---|---|
| Shaneeda Jaffer (SBN 253449) <br> sjaffer@beneschlaw.com <br> Lily A. North (SBN 260709) <br> lnorth@beneschlaw.com <br> BENESCH FRIEDLANDER COPLAN & ARONOFF LLP <br> 100 Pine Street, Suite 3100 <br> San Francisco, California <br> Telephone: (628) 600-2250 <br> Facsimile: (628) 221-5828 <br><br> Gary A. Bornstein (*pro hac vice*) <br> gbornstein@cravath.com <br> CRAVATH, SWAINE & MOORE LLP <br> Two Manhattan West <br> 375 Ninth Avenue <br> New York, New York 10001 <br> Telephone: (212) 474-1000 <br> Facsimile: (212) 474-3700 <br><br> *Counsel for Plaintiff Epic Games, Inc.* <br><br> [Additional counsel appear on signature page] | Jeannie S. Rhee (*pro hac vice*) <br> Karen L. Dunn (*pro hac vice*) <br> Jessica E. Phillips (*pro hac vice*) <br> Martha L. Goodman (*pro hac vice*) <br> DUNN ISAACSON RHEE LLP <br> 401 Ninth Street, NW <br> Washington, DC 20004 <br> Telephone: (202) 240-2900 <br> kdunn@dirllp.com <br> jrhee@dirllp.com <br> jphillips@dirllp.com <br> mgoodman@dirllp.com <br><br> Meredith R. Dearborn (SBN 268312) <br> DUNN ISAACSON RHEE LLP <br> 345 California Street <br> San Francisco, CA 94104 <br> Telephone: (202) 240-2900 <br> mdearborn@dirllp.com <br><br> *Counsel for Defendant Google LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD; SAMSUNG ELECTRONICS AMERICA, INC.; and GOOGLE LLC, <br><br> Defendants. | Case No. 3:24-cv-06843-JD <br><br> **STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and among Plaintiff Epic Games, Inc. ("Epic") and Defendant Google LLC ("Google") that all of Epic's claims against Google are dismissed with prejudice.

DATED: December 5, 2025

**CRAVATH, SWAINE & MOORE LLP**
  Gary A. Bornstein (*pro hac vice*)
  Yonatan Even *(pro hac vice)*
  Lauren A. Moskowitz *(pro hac vice)*
  Michael J. Zaken *(pro hac vice)*
  M. Brent Byars *(pro hac vice)*

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
  Shaneeda Jaffer (SBN 253449)
  Lily A. North (SBN 260709)


By:  *s/ Yonatan Even*
  Yonatan Even
  *Counsel for Plaintiff Epic Games, Inc.*

| | | |
|---|---|---|
| 1 | DATED:  December 5, 2025 | **DUNN ISAACSON RHEE LLP** |

                                                        Jeannie S. Rhee (*pro hac vice*)
                                                        Karen L. Dunn (*pro hac vice*)
                                                        Jessica E. Phillips (*pro hac vice*)
                                                        Martha L. Goodman (*pro hac vice*)
                                                        Meredith R. Dearborn (SBN 268312)

                                  By:  *s/ Jeannie S. Rhee*
                                           Jeannie S. Rhee
                                           *Counsel for Defendant Google LLC*

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*s/ Yonatan Even*
Yonatan Even